```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION
```

RALIEGH PROMISE                                           PLAINTIFF

        v.            Civil No. 06-4002

LINDA S. McMAHON, Commissioner
Social Security Administration                            DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, the Court hereby reverses the decision of the Commissioner and remands this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**The parties have sixty days from entry of the judgment on the docket in which to appeal.**

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED this 5th day of March 2007.

                                          /S/JIMM LARRY HENDREN
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE